FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 24-0039

MONTANANS AGAINST IRRESPONSIBLE DENSIFICATION, LLC,

Plaintiff and Appellee,

v.

STATE OF MONTANA,

Defendant and Appellant.

On Appeal from Montana Eighteenth Judicial District Court,
Gallatin County Cause No. DV-16-2023-1248,
Hon. Michael Salvagni, Presiding Judge

**[PROPOSED] ORDER GRANTING CITIZENS FOR A BETTER FLATHEAD'S LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

Citizens for a Better Flathead has moved for leave to submit an *amicus curiae* brief in this matter, pursuant to Mont. R. App. P. 12(7).

Good cause appearing,

IT IS ORDERED Citizens for a Better Flathead may file an *amicus curiae* brief, to be due on the same date as Appellee Montanans Against Irresponsible Densification, LLC's Answer brief.

1

DATED this ___ day of March, 2024.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2024